UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TONY TAYLOR,<br><br>14606 Poplar Street<br>Southgate, MI 48195<br>(734) 231-1350<br>*Bogey021@hotmail.com*<br><br>              Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, AS TRUSTEE OF THE HARBORVIEW MORTGAGE LOAN PASS-THROUGH CERTIFICATES,<br>SERIES 2006-12, AND SELECT PORTFOLIO SERVICING.<br><br>              Defendants. | Case No. 4:13-CV-10859<br>Hon. Mark A. Goldsmith<br>Magistrate Judge Laurie J. Michelson<br><br>Removed from:<br>Wayne County Circuit Court<br>Case No. 13-001111-CH |

**ORDER DENYING PENDING MOTIONS TO DISMISS WITHOUT PREJUDICE AS MOOT, DISMISSING DEFENDANTS HARBORVIEW MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12 TRUST, COUNTRYWIDE HOME LOANS, INC. D/B/A AMERICA'S WHOLESALE LENDER, ADVANTAGE HOME LOANS, BANK OF AMERICA, NA, BANK OF NEW YORK MELLON, GREENWICH CAPITAL ACCEPTANCE, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WITHOUT PREJUDICE, AND GRANTING MOTION TO <u>WITHDRAW AS COUNSEL FOR PLAINTIFF</u>**

The Court held a Telephonic Status Conference with the parties on November 20, 2013. As discussed during that Conference, the Court orders as follows:

    a.    That the pending motions to dismiss filed by Defendants, Wells Fargo Bank, NA, as Trustee of the Harborview Mortgage Loan Pass-Through Certificates, Series 2006-12, Select Portfolio Servicing, Mortgage Electronic Registration Systems, Inc., Bank of America, NA, Bank of New York Mellon, Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender, and Greenwich Capital Acceptance, Inc., are denied without prejudice as moot, in light of Plaintiff's First Amended Complaint;

  b. That Defendants, Harborview Mortgage Loan Pass-Through Certificates, Series 2006-12 Trust, Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender, Advantage Home Loans, Bank of America, NA, Bank of New York Mellon, Greenwich Capital Acceptance, Inc., and Mortgage Electronic Registration Systems, Inc., are dismissed from the case without prejudice;

  c. That the Motion to Withdraw as Counsel for Plaintiff filed by attorney Andrew G. Peterson and The McCann Law Group, LLC f/k/a Consumer Attorney Services, is granted;

  d. That Plaintiff shall have thirty (30) days from November 20, 2013 to retain new counsel in this case;

  e. That if new counsel for Plaintiff does not file an appearance in this case by December 20, 2013, then Plaintiff will proceed pro se and may be served at the following address:  14606 Poplar Street, Southgate, Michigan 48195.

  f. That the remaining Defendants, Wells Fargo Bank, NA, as Trustee of the Harborview Mortgage Loan Pass-Through Certificates, Series 2006-12, and Select Portfolio Servicing, shall not file any further responsive pleadings or motions to dismiss until further order of the Court.

  IT IS SO ORDERED.

Dated:  November 22, 2013      s/Mark A. Goldsmith
  Flint, Michigan        MARK A. GOLDSMITH
             United States District Judge

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 22, 2013.

             s/Deborah J. Goltz
             DEBORAH J. GOLTZ
             Case Manager